Clarence Barnes, Respondent, v. Shul Private Car Service, Inc., Appellant. (Action No. 1.) Cosmopolitan Mutual Insurance Company, Appellant, v. Clarence Barnes, Respondent. (Action No. 2.)

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.